The Honorable David G. Estudillo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KRISTINE M. YOUNG, individually and on behalf of all those similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, a foreign Corporation, HEATHER D. BELLAMY, an individual, and BREANNE E. WASHINGTON, an individual,<br><br>                Defendants. | Case No. 3:23-cv-05892-DGE<br><br>ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Unopposed Motion for Extension of Time for Defendants to Answer, Move, or Otherwise Respond to Plaintiff's Complaint, hereby GRANTS Defendants Laboratory Corporation of America, Heather D. Bellamy, and Breanne E. Washington additional time to file an Answer, up to and including October 24, 2023.

DATED: October 11th, 2023.

_____
David G. Estudillo
United States District Judge

ORDER ON UNOPPOSED MOTION FOR EXTENSION OF
TIME FOR DEFENDANTS TO ANSWER - 1
Case No. 3:23-cv-05892-DGE

Sebris Busto James
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

CERTIFICATE OF SERVICE

I, Jeffrey A. James, certify under penalty of perjury under the laws of the United States that, on October 10, 2023, I caused the attached document to be served on the individuals listed below in the manner shown:

<u>Attorney for Plaintiff:</u>

James B. Pizl, WSBA #28969
Justin O. Abbasi, WSBA #53582
Ari Robbins Greene, WSBA #54201
Entente Law PLLC
315 Thirty-Ninth Ave SE Ste 14
Puyallup, WA 98373
253-446-7668
jim@ententelaw.com
justin@ententelaw.com
ari@ententelaw.com

☐ Via U.S. Mail
☐ By Fed Express
☐ Via Facsimile
☐ By Hand Delivery
☐ Via ABC Messenger
☐ Via Electronic Mail
☒ Via E-service

<u>s/ Jeffrey A. James</u>
Jeffrey A. James

ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER - 2
Case No. 3:23-cv-05892-DGE

Sebris Busto James
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005